

1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10
   In the Matter of the Search of:                CASE NO. 19-SW-152-CKD
11
   THE CELLULAR TELEPHONE ASSIGNED                [PROPOSED] ORDER DELAYING NOTICE
12 CALL NUMBER (559) 330-4452
                                                  **UNDER SEAL**
13

14

15     The United States has represented that there exists an ongoing investigation into the narcotics

16 trafficking activities of the parties named in the application and order, signed February 28, 2019, which

17 authorized agents of DEA to ascertain the physical location of the T-Mobile cellular telephone currently

18 assigned: (559) 330-4452 ("TARGET CELL PHONE"), including but not limited to E-911 Phase II data

19 (GPS and/or other precise location information) concerning the TARGET CELL PHONE (the

20 "Requested Information"), for a period of 30 days.

21     The government has further represented that service of the notice required by Federal Rules of

22 Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence

23 to the targets.

24     Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

25 be required to serve the notice shall be postponed for 90 days from the date of this Order.

26 / / /

27 / / /

28 / / /

ORDER DELAYING NOTICE                             1

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: 4/25/2019

~~Hon. Kendall J. Newman~~
U.S. MAGISTRATE JUDGE

Carolyn K. Delaney
U.S. Magistrate Judge