1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

AUG 0 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | REQUEST TO UN-SEAL SEARCH WARRANTS; [PROPOSED] ORDER |
|---|---|
| Information associated with "jamaineb01@gmail.com" and "business_lady05@hotmail.com" that is stored at premises controlled by Google, Inc. and Microsoft, Inc. | 2:16-SW-0602-AC |
| Information associated with "jamaineb01@gmail.com" that is stored at premises controlled by Google | 2:16-SW-0732-KJN |
| The Cellular Telephone Assigned Call Number (510) 309-5370 | 2:16-SW-0734-KJN |
| A WHITE 2007 MERCEDES-BENZ FOUR-DOOR CAR WITH CALIFORNIA LICENSE PLATE 6HFV921 | 2:17-SW-0335-CKD |
| The Cellular Telephone Assigned Call Number (510) 309-5370 | 2:17-SW-0336-CKD |
| A WHITE 2007 MERCEDES FOUR-DOOR CAR WITH CALIFORNIA LICENSE PLATE 6HFV921 AND A SILVER 2007 AUDI SPORT UTILITY VEHICLE WITH CALIFORNIA LICENSE PLATE CA 5BWL804 | 2:17-SW-0510-DB |
| INFORMATION ASSOCIATED WITH TOPDOLLA1237@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | 2:17-SW-1071-CKD |

MOTION TO UN-SEAL; [PROPOSED] ORDER

| | |
|---|---|
| 1  INFORMATION ASSOCIATED WITH JAMAINEB01@GMAIL.COM THAT IS 2  STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | 2:17-SW-1072-CKD |
| 3   THE CELLULAR TELEPHONE ASSIGNED 4  CALL NUMBER (510) 309-5370 | 2:18-SW-0050-EFB |
| 5   INFORMATION ASSOCIATED WITH 6  TOPDOLLA1237@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY 7  Google | 2:18-SW-0392-CKD |
| 8  INFORMATION ASSOCIATED WITH JAMAINEB01@GMAIL.COM THAT IS 9  STORED AT PREMISES CONTROLLED BY Google 10 | 2:18-SW-0393-CKD |
| A ZTE CELLULAR TELEPHONE 11 IDENTIFIED AS EXHIBIT N-16 AND A SAMSUNG NOTE 5 IDENTIFIED AS 12 EXHIBIT N-14; UNDER DRUG ENFORCEMENT ADMINISTRATION CASE 13 NUMBER R7-16-0062, CURRENTLY LOCATED AT 4328 WATT AVENUE, 14 SACRAMENTO, CALIFORNIA | 2:18-SW-0439-AC |
| 15 THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 808-2182 16 | 2:18-SW-0881-EFB |
| THE CELLULAR TELEPHONE ASSIGNED 17 CALL NUMBER (559) 330-4452 | 2:19-SW-0152-CKD |
| 18 A black Alcatel cellular telephone bearing IMEI: 014650001605068, CURRENTLY 19 LOCATED AT the DEA Sacramento District Office 20 | 2:19-SW-0195-DB |
| A 2014 Silver Buick Lacrosse, with License 21 Plate 8ECW699 | 2:19-SW-0319-KJN |

## REQUEST TO UNSEAL

The search warrants, warrant affidavits, and related case filings in the above-captioned matters have been filed under seal. The investigation to which these matters relate resulted in the grand jury returning indictments on May 30, 2019. There is no longer a need for these search warrants and related

/ / /

/ / /

MOTION TO UN-SEAL; [PROPOSED] ORDER

1 documents to remain under seal. Accordingly, the United States requests that the above-captioned
2 matters be unsealed.
3 Dated: August 5, 2019    McGREGOR W. SCOTT
                           United States Attorney
4
5    By: /s/ David Spencer
        DAVID W. SPENCER
6       Assistant United States Attorney
7
8
9                              **[PROPOSED] ORDER**
10   Upon application of the United States of America and good cause having been shown,
11   IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.
12
13 Dated: 8-5-19    _____
                    The Honorable Deborah Barnes
14                  UNITED STATES MAGISTRATE JUDGE

MOTION TO UN-SEAL; [PROPOSED] ORDER